## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Misc. Civ. 2:83mc62 (PCD) |
| | ) | |
| ANTHONY R. MARTIN-TRIGONA | ) | April 26, 2004 |

### MOTION FOR PERMISSION TO FILE PETITION FOR WRIT OF HABEAS CORPUS

Movant, by counsel undersigned, respectfully moves that he be permitted to file the petition for writ of habeas corpus attached hereto as *Exhibit A*.

1. Procedural history

    The injunction by this court states in Part XIV that:

    Nothing in this order shall be construed as having any effect on [Martin's] ability to defend himself in any criminal action…

    Nothing in this order shall be construed as denying [Martin] access to the courts through filing of a petition for a writ of habeas corpus, provided, however, that the relief in any such petition on its face concerns only the legality of his incarceration…

By order dated January 2, 1986, this court (i) expressly reserved jurisdiction over the injunction's meaning and (ii) stated that "in the remote instance of ambiguity as to its application, the debtor can readily request a determination of its applicability."

Further, in an order dated June 2, 1987, the court stated that the injunction was intended "to curb litigation..connected with the principal federal litigation" and that "To the extent he wishes to litigate claims which are sound in law and supported in fact, he is free to do so and in forms of proper jurisdiction."

2. Current case

    Martin filed a petition for writ of habeas corpus

1

challenging a felony conviction, on which he had been and was to be incarcerated. That would clearly appear to be within the exception of Part XIV. Yet the Florida court dismissed it for failure to comply with the injunction previously entered by this court. (*Exhibit B*) Although the Florida court obviously is of the opinion that the proposed habeas corpus action lacks merit, that is an issue which should be addressed by that court. For the Florida court to do so, however, apparently requires that this court grant Mr. Martin-Trigona leave to file.

ANTHONY R. MARTIN-TRIGONA

BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney

2