# EXHIBIT A

Re: Motion for Permission to File Petition for Writ of Habeas Corpus

## I. (a) PLAINTIFFS
Anthony R. Martin

## DEFENDANTS
State of Florida

MAGISTRATE JUDGE WHITE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Leon
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**03-61361 CIV-MORENO**

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
574 S. Ocean Lane, Fort Lauderdale 33316-3319
P.O. Box 1851, New York, NY 1050-1851

ATTORNEYS (IF KNOWN)
Attorney General, State Capitol, Tallahassee, FL 32301

(d) CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION
[X] Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

NIGHT BOX FILED
JUL 14 2003
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## IV. CAUSE OF ACTION
28 USCA §2254

IVa. 1 days estimated (for both sides) to try entire case.

## V. NATURE OF SUIT

## VI. ORIGIN
[X] 1 Original Proceeding

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] NO

## VIII. RELATED CASE(S) IF ANY

DATE 7/12/03  SIGNATURE OF ATTORNEY OF RECORD

Exhibit A

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

AO 241 (Rev. 5/85)

**03-61361**

| United States District Court | District | South - Florida |
|---|---|---|
| Name | Prisoner No. | Case No. WHITE |

Place of Confinement: not currently in custody, but see Duvallen v. Fla., 691 F.2d 483 (11th Cir. 1982) Hensley v. Mun., 411 U.S. (1973)

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Anthony R. Martin | V. State of Florida |

The Attorney General of the State of: Florida

RIGHT BOX FILED JUL 14 2003

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Circuit Court of Palm Beach County, West Palm Beach, FL

2. Date of judgment of conviction  Earlier "conviction" November 1997 in samecase New conviction entered April 25, 2001

3. Length of sentence  one year

4. Nature of offense involved (all counts)  criminal mischief and contempt

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐
   I did not have a trial. I was prevented from defending myself and excused from "trial" by the court.

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

cat/div 0:03 CV
Case # 61361
Judge MORENO  Mag White
Motn Ifp___ Fee pd $ 5.00
Receipt # 528562

(2)

9. If you did appeal, answer the following:
   (a) Name of court __District Court of ASppeal - Fourth District__
   (b) Result __they refused to let me appeal__
   (c) Date of result and citation, if known __no citation, October, 2001__
   (d) Grounds raised __they would not let me appeal. I have never had any appeal of my "conviction"__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:
   (1) Name of court __Florida Supreme Court__
   (2) Result __refused again       denied July 15, 2002__
   (3) Date of result and citation, if known _____
   (4) Grounds raised __see attached__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:
   (1) Name of court __n/a__
   (2) Result _____
   (3) Date of result and citation, if known _____
   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐   No ☐   __yes and no. The 2001 "conviction" was a reentry of a 1997 "conviction" --also denied any appeal__

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court __Fourth Distruict Court of SAppeal 1997__
    (2) Nature of proceeding __appeal of right__
    (3) Grounds raised __not allowed to appeal__

(3)

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

    (5) Result _____

    (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

_____

    (3) Grounds raised _____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.     Yes ☒     No ☐
    (2) Second petition, etc.    Yes ☒     No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    <u>Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: __denial of counsel to an indigent defendant__

Supporting FACTS (state *briefly* without citing cases or law) __a federal bankruptcy court investigated my income and assets and found none__

B.  Ground two: __rigged jury pool from which blacks were excluded__

Supporting FACTS (state *briefly* without citing cases or law) __no blacks on venire__

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing ——Burt Winkler, W. Palm Beach, FL——

(b) At arraignment and plea ——P.B. County Public Defender——

(6)

AO 241 (Rev. 5/85)

(c) At trial _____
    no one
    _____

(d) At sentencing  P.B. County Public Defender, though there is a
    question whether there was a "sentencing"

(e) On appeal  1998 Public Defender  2001 no one

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐    No ☐    Unsure.

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    
    (b) Give date and length of the above sentence: _____
    
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☒    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

July 12, 2003
(date)

_____
Signature of Petitioner

(7)