**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **In Re:** | ) | **Misc. Civ. 2:83mc62 (PCD)** |
| | ) | |
| **ANTHONY R. MARTIN-TRIGONA** | ) | **April 26, 2004** |

**MOTION FOR LEAVE TO REFILE NUNC PRO TUNC OR LEAVE TO FILE NEW
LAWSUIT CONCERNING DENIAL OF PASSPORT AND DRIVERS LICENSE**

Anthony R. Martin-Trigona respectfully moves that he be granted leave to file in

the United States District Court for the District of Columbia the lawsuit attached hereto

as *Exhibit A*.  In support of this motion, he represents that, as appears in the documents

attached hereto as *Exhibit B*, he did file the said litigation but it was dismissed for failure

to obtain leave of this court prior to the filing.


ANTHONY R. MARTIN-TRIGONA


BY_____
          JOHN R. WILLIAMS (ct00215)
          51 Elm Street
          New Haven, CT 06510
          203.562.9931
          Fax: 203.776.9494
          E-Mail: jrw@johnrwilliams.com
          His Attorney