UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Misc. Civ. 2:83mc62 (PCD) |
| | ) | |
| ANTHONY R. MARTIN-TRIGONA | ) | April 26, 2004 |

MOTION FOR PERMISSION TO MOVE TO QUASH GRAND JURY SUBPOENA

Movant, by counsel undersigned, asks this court to grant him permission to file a motion to quash a grand jury subpoena in the United States District Court for the Northern District of New York, for the reasons stated hereinafter.

1. Procedural history

    The injunction by this court states in Part XIV that:

    Nothing in this order shall be construed as having any effect on [Martin's] ability to defend himself in any criminal action…

    Nothing in this order shall be construed as denying [Martin] access to the courts through filing of a petition for a writ of habeas corpus, provided, however, that the relief in any such petition on its face concerns only the legality of his incarceration…

By order dated January 2, 1986, this court (i) expressly reserved jurisdiction over the injunction's meaning and (ii) stated that "in the remote instance of ambiguity as to its application, the debtor can readily request a determination of its applicability."

Further, in an order dated June 2, 1987, the court stated that the injunction was intended "to curb litigation..connected with the principal federal litigation" and that "To the extent he wishes to litigate claims which are sound in law and supported in fact, he is free to do so and in forms of proper jurisdiction."

1

Despite the language of the original injunction, and subsequent interpretations, Martin continues to be "enjoined" from access to the courts in federal criminal matters, in violation of the express language of the injunction.

2. Current case

Martin became aware of a grand jury subpoena directed at his personal banking records, and filed a motion to quash in the U.S. District Court for the Northern District of New York under Docket Number 1:03-MC-46. The magistrate judge held that Martin was enjoined from filing such a motion by this court's injunction and that holding was affirmed on December 5, 2003, by the United States District Judge.

This court's injunction contains an express limitation that it is not applicable to criminal cases. The grand jury is an essential component of the criminal justice system. Grand jury matters can often shape a criminal case and are a critical phase of any federal criminal matter.

ANTHONY R. MARTIN-TRIGONA


BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney

2