UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re:                             )      Misc. Civ. 2:83mc62 (PCD)
                                   )
ANTHONY R. MARTIN-TRIGONA          )      April 26, 2004

## MOTION FOR LEAVE TO FILE LITIGATION IN FLORIDA

Movant, by counsel undersigned, asks this court to grant leave to file the attached lawsuit in the State of Florida. In support of this motion, he represents that he wishes to run for the United States Senate in the State of Florida and considers this litigation necessary to doing so. The deadline for filing is only days away.

ANTHONY R. MARTIN-TRIGONA


BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney

1