## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | : |
| ANTHONY R. MARTIN-TRIGONA | :Misc. Civ. 2:83mc62(PCD) |
| | : |

## RULING ON PENDING MOTIONS

In compliance with his injunction, Anthony R. Martin-Trigona ("Movant") has filed for leave to file various motions.

Movant's Motion for Permission to File Petition for Writ of Habeas Corpus [Doc. No. 2012], Motion for Permission to Move to Quash Grand Jury Subpoena [Doc. No. 2014], and Motion for Leave to File Litigation in Florida [Doc. No. 2015] are **granted**.

Movant's Motion for Leave to Refile Nunc Pro Tunc or Leave to File New Lawsuit Concerning Denial of Passport and Drivers License [Doc. No. 2013] is **denied**, as it is rife with language prohibited by FED. R. CIV. P. 12 (f) ("the court may order stricken . . . any . . . immaterial, impertinent, or scandalous matter").

SO ORDERED.

Dated at New Haven, Connecticut, April 29 , 2004.

/s/

Peter C. Dorsey
United States District Judge