IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | MISC CIV. NO. H 83-62 |
| | | (Consolidated Cases) and |
| ANTHONY R. MARTIN-TRIGONA. | : | CIV. NOS. H83-305, H83-322 |
| Anthony R. Martin-Trigona | : | |
| | | JUDGE: _____ |
| v. | : | |
| HAROLD LAVIEN, et al. | : | |
| and | : | |
| ANTHONY R. MARTIN-TRIGONA | : | |
| v. | : | |
| WILLIAM F. SMITH, et al. | : | |

### APPLICATION FOR APPOINTMENT OF PROSECUTOR

Now comes Complainant Benjamin D. Suarez ("Suarez"), *pro se*, and hereby respectfully applies, for the reasons set forth in the following Memorandum, to this Court for the appointment of an attorney to prosecute multiple (and ongoing) violations of this Court's September 13, 1984 nationwide Order of Permanent Injunction ("Order", issued by Judge Cabranes, who now sits in the U.S. Court of Appeals for the Second Circuit) by Anthony R. Martin-Trigona aka Anthony R. Martin-Trigona, III aka Anthony R. Martin aka Anthony R. Martin, III aka Andy Martin ("Martin").

**MEMORANDUM**

**A.   INTRODUCTION**

In the interest of brevity, Suarez incorporates herein by

reference Complainant Craig T. Conley's November 22, 2005 Application Pursuant to Order and requests the same relief therein.

In that regard, Suarez advises the Court that he too wrote to the U.S. Attorney for the District of Connecticut on October 5, 2005 and that he too has yet to receive any response to that letter.

Suarez is particularly distressed by Martin's viciously vexatious conduct as Martin has, in knowing and intentional contravention of this Court's Order, abused judicial process to attack not only him and three of his attorneys, but also to attack his wife and daughter and his business, which employs over 500 people. (Reference U.S. District Court for the Northern District of Ohio Case No. 5:05 CV 02194.)

Martin, in furtherance of his vicious campaign to destroy Suarez's business, even sought to "inject" himself, uninvited and unwelcome, into an action involving Suarez's company. (Reference U.S. District Court for the Northern District of Ohio Case No. 5:04 CV 01164; and, U.S. Court of Appeals for the Sixth Circuit Case No. 05-4102.)

Clearly, Judge Cabranes' prescient Order, issued over two decades ago, contemplated the certainty of Martin continuing his horrific abuse of judicial process *ad infinitum* and therefore provided victims such as myself the remedy respectfully requested in this Application.

It is respectfully suggested that this Court has an affirmative duty to vigorously and aggressively enforce its Order and to thereby protect and defend both the judicial system and victims such as myself, my family and my business from Martin, a notorious vexatious litigator who recognizes no boundaries of decency, logic or law.

Toward that end, this Court should immediately appoint a special prosecutor to initiate criminal contempt of Court proceedings against Martin, who obviously believes he may indefinitely continue with impunity to simply ignore and disregard this Court's Order, while adding "exponentially" to his list of thousands of victims.

Respectfully submitted,

*[signature: Benjamin D. Suarez]*
COMPLAINANT BENJAMIN D. SUAREZ,
*pro se*
6490 Friarsgate Circle N.W.
Canton, Ohio  44718
330/499-3088
330/499-0356 [Fax]

**PROOF OF SERVICE**

A copy of the foregoing Application was served, by regular U.S. Mail this 22nd day of November, 2005, upon the U.S. Attorney for the District of Connecticut, 450 Main Street, Room 328,

Hartford, Connecticut  06103 and upon Anthony R. Martin, P.O. Box 1851, New York, New York 10150-1851.

                                                                                                          */s/ Benjamin D. Suarez*
COMPLAINANT BENJAMIN D. SUAREZ,
*pro se*

Benjamin D. Suarez
6490 Friarsgate Circle N.W.
Canton, Ohio  44718



November 22, 2005

**VIA UPS NEXT DAY AIR**

CLERK, U.S. DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
450 Main Street
Hartford, Connecticut  06103

Re:  *In re Martin-Trigona v. Lavien, et al. v. Smith, et al.*
     *U.S. District Court for the District of Connecticut,*
     *Misc. Civ. No. H83-62 (Consolidated Cases) and Civ. Nos.*
     *H83-305, H83-322*

Dear Sir or Madam:

Enclosed please find the original and one full copy of my Application for Appointment of Prosecutor.

This action had previously been assigned to Judge Cabranes, who now sits on the U.S. Court of Appeals for the Second Circuit. (Unaware of the identity of the "successor" Judge, I therefore was unable to include a Judge's name on the Application caption.)

Please cause said Application to be filed, and return a file-stamped copy thereof to me in the self-addressed, stamped envelope provided. (The enclosed copy is for that purpose.)

Additionally, please note on the return copy the name of the presently assigned Judge.

Thank you for your cooperation.

                                        Sincerely,

                                        Benjamin D. Suarez

Enclosures