IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | MISC CIV. NO. H 83-62 (Consolidated Cases) and |
| ANTHONY R. MARTIN-TRIGONA. | : | CIV. NOS. H83-305, H83-322 |
| Anthony R. Martin-Trigona | : | |
| v. | : | JUDGE: _____ |
| HAROLD LAVIEN, et al. | : | |
| and | : | |
| ANTHONY R. MARTIN-TRIGONA | : | |
| v. | : | |
| WILLIAM F. SMITH, et al. | : | |

**COMPLAINANT'S SUPPLEMENTAL SUBMISSION**

Now comes Complainant Craig T. Conley ("Conley"), *pro se*, and hereby respectfully submits the attached Exhibits "B" and "C" in supplementation of his November 21, 2005 Application Pursuant to Order.

To the extent that leave to make this supplemental filing may be required, such leave is hereby respectfully requested.

The attached Exhibits further evince the fact that Martin uses, interchangeably, various names in various judicial proceedings at various times, including, but not limited to, "Anthony R. Martin" and "Andy Martin".

In short, as set forth in Conley's Application, Anthony R. Martin-Trigona, Anthony R. Martin-Trigona, III, Anthony R. Martin,

Anthony R. Martin, III and Andy Martin, are all the same person; i.e., the notoriously vexatious litigator known to this Court as Anthony R. Martin-Trigona.

Additionally, as also set forth in Conley's Application, Martin purports at any given time to reside in Florida and/or Illinois and/or New York.

In that regard, Conley has already provided this Court what he believes to be Martin's current Illinois and New York street addresses; and, in supplementation thereof, respectfully advises the Court that in very recent years Martin has, for purposes of conducting vexatious litigation in the State of Florida, utilized, *inter alia*, the address of 1574 South Ocean Lane, #111, Fort Lauderdale, Florida 33316-3319 on various frivolous/vexatious filings made in the Courts of that State.

Respectfully submitted,

_____
COMPLAINANT CRAIG T. CONLEY, *pro se*
604 Unizan Plaza
220 Market Avenue South
Canton, Ohio   44702
330/453-1900
330/453-2170 [Fax]

**PROOF OF SERVICE**

A copy of the foregoing Supplemental Submission was served, by regular U.S. Mail this 23rd day of November, 2005, upon the U.S. Attorney for the District of Connecticut, 450 Main Street, Room

328, Hartford, Connecticut  06103 and upon Anthony R. Martin, P.O. Box 1851, New York, New York 10150-1851.

                                                                 _____
                                                     COMPLAINANT CRAIG T. CONLEY, *pro se*

Westlaw.

863 So.2d 1285
863 So.2d 1285, 29 Fla. L. Weekly D326
(Cite as: 863 So.2d 1285)

EXHIBIT "B"

Page 1

**Briefs and Other Related Documents**

District Court of Appeal of Florida,
Fourth District.
Andy MARTIN, Appellant,
v.
OMNI-LINGUAL BROADCASTING
CORPORATION, Emil Antonoff, Virginia Martinez,
and
Joe Irwin, Appellees.
**No. 4D03-912.**

Jan. 28, 2004.

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County, Charles M. Greene, Judge; L.T. Case No. 02-22470-12.

Andy Martin, Fort Lauderdale, pro se.

Valentin Rodriguez, Jr., of Valentin Rodriguez, P.A., West Palm Beach, for appellees.

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee,* 377 So.2d 1150, 1152 (Fla.1979).

POLEN, KLEIN and HAZOURI, JJ., concur.

863 So.2d 1285, 29 Fla. L. Weekly D326

**Briefs and Other Related Documents (Back to top)**

• 4D03-912 (Docket) (Mar. 07, 2003)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

905 So.2d 127 (Table)
905 So.2d 127 (Table)
**(Cite as: 905 So.2d 127)**

EXHIBIT "C"

Page 1

**Briefs and Other Related Documents**

(The decision of the Florida District Court of Appeal is referenced in the Southern Reporter in a table captioned 'Florida Decisions Without Published Opinions.')

District Court of Appeal of Florida,
First District
Anthony R. (Andy) Martin
v.
Governor Jeb Bush
**NO. 1D02-2709**

June 17, 2005

Appeal From: Cir. Ct. (Leon)

Disposition: Aff.

905 So.2d 127 (Table)

**Briefs and Other Related Documents (Back to top)**

• 1D02-2709 (Docket) (Jul. 03, 2002)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.