IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE:                           :     CASE NO. H 83mc62 (PCD)

ANTHONY R. MARTIN-TRIGONA        :     JUDGE:  Peter C. Dorsey

**MEMORANDUM IN SUPPORT OF APPLICATION**

Now comes Complainant Benjamin D. Suarez ("Suarez"), *pro se*, and hereby respectfully submits the following Memorandum in support of his November 23, 2005 Application for Appointment of Prosecutor.

**MEMORANDUM**

Suarez incorporates herein by reference co-Complainant Craig T. Conley's November 30, 2005 Memorandum in Support of Application and hereby respectfully requests the same relief requested therein.

However, as Suarez and his business are clearly the primary current targets of Martin's horrifically malicious vexatious conduct (and noting that Martin has also sued Suarez's beloved wife and daughter), Suarez respectfully provides this Court the following additional information regarding Martin.

Within various of his self-laudatory Websites and/or so-called "news/press releases", **Martin, a real-life "Walter Mitty"**, hyperbolically and mostly falsely, describes himself as "a banking and regulatory expert", "a consumer fraud specialist", "Florida's foremost pornography fighter", "active in drafting new legislation", "speak[ing] for Democrats, Republicans and Independents", "an experienced Capitol Hill advocate", "an

antitrust and appellate specialist", "the first consumer advocate in cyberspace", "the creat[or] of the state antitrust movement against Microsoft", "a law professor and regulatory expert", "the leader of the reform wing of the Republican party", "one of America's most respected consumer advocates", "a military security and intelligence consultant", "a respected voice in America's intelligence community", "a specialist in cyberspace war tactics", "a public interest lawyer", "a media executive", "a radio talk show host", "a foreign correspondent", "one of America's most respected foreign policy analysts", "the people's attorney general", "truly one of America's most highly respected, admired and loved public interest lawyers", "an expert witness and consultant on congressional matters", "America's most respected and accurate analyst of [the Iraq] conflict", "[the person who] conducted the first administrative trial at the Federal Reserve", "[one who] helped spearhead the first major attack on sex discrimination", "[one who] specializes in fighting judicial corruption", "[one who, if elected] will be the most experienced foreign policy expert of the U.S. Senate", "[one who] has relentlessly fought against political and public corruption across the United States", "[one whose] research and reporting from Iraq is internationally recognized and respected", "one of the first advocates to fight wage discrimination against women in the workplace", "a field general in the endless war against political corruption", "a radio

talk show host with an international audience", "[one whose] opinions draw intense attention throughout the world", "a Middle East specialist and respected expert on the region", "a consumer watchdog", "a human rights activist", "a Middle East expert", "[one who is] internationally respected for his commentaries and investigative analysis", "a nationally syndicated radio columnist", "a Washington foreign policy consultant in the areas of military security and intelligence", "an on-air personality", "the first lawyer to energize the use of state law to fight Microsoft", "[one who] has managed both radio and television stations and produced television programming", "devoted to public service", "honorably discharged from the U.S. Air Force Reserve in 1965", "[one who has] seen warfare in Viet-Nam, Cambodia and Laos", "proud to be part of Florida's military family", "[one who] has dedicated his life to public integrity", "[one who] will fight hate, not encourage hate", etc., etc., etc.

Martin's only true "specialty" and/or area of "expertise", as noted by a plethora of State and Federal Courts, is vexatious litigation - a "specialty"/"expertise" Martin never mentions. And, of course, like any "good" con-man/scam artist, Martin uses a variety of aliases in order to conceal his notorious history.

Martin is neither a lawyer nor (upon information and belief) a military veteran and the only "warfare" he has seen is that created by himself in the course of over three decades of

relentlessly filing thousands of maliciously vexatious lawsuits against many hundreds of individuals and/or entities across the United States.

Indeed, Martin was most appropriately denied admission to the Illinois bar by the Illinois Supreme Court in 1973 and Martin's Selective Service record reveals that he was found "unacceptable for induction because of a moderately-severe character defect manifested by well documented ideation with a paranoid flavor and grandiose character".

Obviously, based upon Martin's subsequent vexatious litigation history, that pre-induction psychiatric evaluation (albeit, in retrospect, understated) was "right on".

Further, although Martin (upon information and belief) did in fact manage (and/or own) both radio and television stations, those operations, under Martin's stewardship, ended up in Bankruptcy Court, as did Martin (on one or more occasions) personally.

Martin's pathological narcissism aside, his self-laudatory descriptions of himself, most of which are simply false, present much more than mere harmless commercial "puffery".

More importantly for the instant purposes, all of Martin's self-laudatory descriptions of himself are clearly designed to give credibility to Martin when he makes unfounded and outrageously scurrilous accusations of insanity, perversion, substance abuse, criminality, incompetence, avarice, lack of ethics, stupidity,

etc., against his real and/or imagined enemies (such as he has so egregiously done in the Ohio Federal Court filings now *sub judice*).

In fact, to add to his "credibility", Martin rather routinely unabashedly files grossly perjurious "affidavits" with the Court and/or makes his filings under grossly perjurious "verifications"; i.e., Martin regularly lies and then "swears" to it under oath, thereby making a mockery of sworn statements and sworn pleadings.

The "bottom line" is that Martin, an amoral liar, a rabid racist, an unrepentant scofflaw and an outright fraud, is a real bad guy, whose "number" this Court had over two decades ago.

Accordingly, it is again respectfully requested that this Court immediately use its lawful authority to "stop Martin in his tracks" before he does any more harm to any more hapless victims.

In that regard, it is respectfully suggested that, given Martin's horrific history, the only effective way to stop him is to find him in criminal contempt of Court and to punish him with a well-deserved lengthy term of incarceration - noting that a "stern lecture" or a "slap on the wrist" or a fine Martin will not pay, most assuredly will not "do the trick" here.

Respectfully submitted,

COMPLAINANT BENJAMIN D. SUAREZ,
*pro se*
6490 Friarsgate Circle N.W.
Canton, Ohio  44718
330/499-3088
330/499-0356 [Fax]

**PROOF OF SERVICE**

A copy of the foregoing Memorandum was served, by regular U.S. Mail this 2nd day of December, 2005, upon the U.S. Attorney for the District of Connecticut, 450 Main Street, Room 328, Hartford, Connecticut 06103 and upon Anthony R. Martin, P.O. Box 1851, New York, New York 10150-1851.

                                                COMPLAINANT BENJAMIN D. SUAREZ,
                                                *pro se*