IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE:                              :        CASE NO. H 83mc62 (PCD)

ANTHONY R. MARTIN-TRIGONA           :        JUDGE:  Peter C. Dorsey

---

## COMPLAINANT'S SUPPLEMENTAL SUBMISSION

---

Now comes Complainant Craig T. Conley ("Conley"), *pro se*, and hereby respectfully submits the attached Exhibits "F-1" and "F-2" in supplementation of his pending November 21, 2005 Application Pursuant to Order.

To the extent leave to make this supplemental filing may be required, such leave is hereby respectfully requested.

The attached Exhibits further evince the fact that Martin continues, as recently as May 23, 2006, to unabashedly violate this Court's nationwide Order of Permanent Injunction. (Reference that Order at I(G); 592 F.Supp 1566, 1571.)

In that regard, the Exhibits attached hereto are letters Martin unlawfully copied to Judge John R. Adams of the U.S. District Court for the Northern District of Ohio. (Judge Adams is presiding in Case Nos. 5:05 CV 02194 and 5:05 CV 02338, which are among the actions referred to in Conley's Application.)

Additionally, the attached Exhibits, consistent with Martin's decades-long *modus operandi*, contain the usual maliciously false *ad hominem* attacks, which are astoundingly similar to those previously noted by this Court, which itself (and more specifically Judge

Cabranes) has been a victim of such attacks.

Indeed, Martin has and continues unabatedly to launch such outrageously scurrilous attacks against a multitude of State and Federal Judges, Prosecutors and law enforcement officers, Bankruptcy Trustees, opposing counsel, opposing parties, non-parties and even the families of those persons, all of whom he has falsely and maliciously asserted (often via similar such letters, as well as via verified pleadings and/or affidavits) are insane, corrupt, crooked, criminals, incompetent, stupid, drug-addicted, mentally ill, crazy, alcohol-impaired, unethical, irrational, biased, unstable, drunks, prejudiced, unprofessional, delusional, etc.  (The attached Exhibits present but more of the same.)

Additionally, the attached Exhibits, also consistent with Martin's decades-long *modus operandi*, provide yet another of Martin's "situationally ambulatory" addresses, which may or may not be valid.  (As previously indicated to this Court, Martin's name too is "situationally ambulatory".)

Additionally, consistent with the same "grandiose character" defect (referred to in Martin's Selective Service records and attendant psychiatric evaluation, upon which he was found "unacceptable for induction") noted by a plethora of Courts for decades, Martin falsely represents in the letterhead of the two attached Exhibits that he is a "Professor of Law (Adj.)".

Along those same lines, and also consistent with that same

"grandiose character" defect, Martin has (via various of his Websites and/or "News Releases") falsely represented, despite having been found psychiatrically "unacceptable for induction", that he is a (Vietnam era) military veteran – and not just any veteran, but one (according to Martin) who has actually "seen warfare in Viet-Nam, Cambodia and Laos".

Similarly, Martin has also (again via various of his Websites and/or "News Releases") falsely represented, despite having been denied admission to the Illinois Bar, that he is an attorney – and not just any attorney, but (again, according to Martin) "truly one of America's most highly respected, admired and loved public interest lawyers".

In sum, it is again respectfully suggested that Conley's pending Application should be granted.

Further, based upon the documentary evidence already before this Court, Martin should *sua sponte* be found by this Court to be in criminal contempt thereof and should forthwith be appropriately sanctioned therefor, which sanctions should include both imposition of fines and a lengthy term of incarceration.

Respectfully submitted,

COMPLAINANT CRAIG T. CONLEY,
*pro se*
604 Huntington Plaza
220 Market Avenue South
Canton, Ohio  44702
330/453-1900
330/453-2170 [Fax]

## PROOF OF SERVICE

A copy of the foregoing Supplemental Submission was served, by regular U.S. Mail this 16th day of June, 2006, upon the U.S. Attorney for the District of Connecticut, 157 Church Street, New Haven, Connecticut 06510 and upon Anthony R. Martin, P.O. Box 1851, New York, New York 10150-1851.

_____
COMPLAINANT CRAIG T. CONLEY,
*pro se*

EXHIBIT "F-1"

**ANTHONY R. MARTIN, J.D.**
Professor of Law (Adj.)
Suite 4406
30 E. Huron Street
Chicago, IL 60611-4723
Tel. (312) 440-4124
Fax (312) 440-4125
E-mail: AndyMart20@aol.com

May 23, 2006

Michael R. Puterbaugh
Suarez Corporation
N. Canton, OH
Via fax (330) 490-2861

Re: <u>Your letter re privileged settlement proposal</u>

Dear Mike:

This will acknowledge receipt of your letter of today's
date. Your letter, however, raises two obvious problems
(and possibly more).

First, Craig Conley is unstable and he is incapable of
acting rationally in a mess that he has created and where
he is a defendant in a pending federal court action.

More importantly, you have triggered ethical concerns on my
part. Mr. Suarez has filed <u>pro se</u> pleadings in federal
court. That was the only basis on which I could contact him
directly. Is he now represented by counsel in the federal
matter? Is Mr. Conley going to be filing an appearance on
behalf of Suarez? It seems to me your letter confuses the
situation.

If Mr. Suarez is still <u>pro se</u> in court, then I am free to
contact him directly. If Mr. Conley is filing an
appearance, then I have to go through Conley.

In any event, Mr. Conley has done more harm to SCI than
almost anyone (except some of the other pirates such as
Steve Brown, etc.) and his involvement will not advance the
interests of settlement. More likely, Conley will seek to

2

sabotage a situation that he has now milked for profit for a year.

Unless I hear from you that Mr. Conley is representing Mr. Suarez in federal court and is filing an appearance today or tomorrow, I will consider myself free to contact Mr. Suarez directly unless and until an attorney files an appearance on behalf of Mr. Suarez with the federal court or until the court rules otherwise.

Sincerely yours,

ANDY MARTIN

AM:sp

cc:     Hon. John R. Adams, U. S. D. J. (by mail)
        Mr. Ben Suarez (by fax)

W/encl.   Puterbaugh letter of May 23, 2006

Web site: www.AndyMartin.com

EXHIBIT "F-2"

**ANTHONY R. MARTIN, J.D.**
Professor of Law (Adj.)
Suite 4406
30 E. Huron Street
Chicago, IL 60611-4723
Tel. (312) 440-4124
Fax (312) 440-4125
E-mail: AndyMart20@aol.com

May 23, 2006

Michael R. Puterbaugh
Suarez Corporation
N. Canton, OH
Via fax (330) 490-2861

Re: Your letter re privileged settlement proposal

Dear Mike:

This will acknowledge receipt of your fax cover sheet letter of today's date.

Mr. Conley refuses to accept faxes from me, and he consequently is not allowed to send them. I can't prevent him from dropping his nonsense in the mailbox but I will not engage in any settlement negotiations with Mr. Conley because I do not believe he is mentally competent. Moreover, in addition to all of his other problems, Conley's refusal to accept or send faxes is typical of his juvenile behavior.

I am sorry to be so blunt but based on my personal observations of Mr. Conley he is not able to function in a judicial or professional capacity and has done grave harm to the interests of SCI.

In the past, he has evidenced seriously delusional behavior and I don't trust him. Period.

In addition, Mr. Conley is both a litigant, filing frivolous lawsuits against me, as well as a defendant in my own case, and he has multiple disqualifying conflicts of interest in representing Mr. Suarez and SCI. I have

2

additional claims and causes of action against Mr. Conley
that have not yet gotten to court.

I will not participate in his unethical course of conduct
except under court order.

To the extent that you allow SCI to be represented by an
attorney with obvious conflicts of interest, you may be
aiding and abetting in his unlawful behavior. I bring this
to your attention out of an abundance of caution.

To the extent that Mr. Suarez persists in allowing Mr.
Conley to endanger Suarez and SCI, no settlement
negotiations are possible.

Sincerely yours,

ANDY MARTIN

AM:sp

cc:        Hon. John R. Adams, U. S. D. J. (by mail)
           Mr. Ben Suarez (by fax)

W/encl.    Second Puterbaugh letter of May 23, 2006

Web site: www.AndyMartin.com