# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Misc. Civ. 2:83mc62 (PCD) |
| | ) | |
| ANTHONY R. MARTIN-TRIGONA | ) | Dated: September 25, 2007 |

## MOTION FOR EXTENSION OF TIME

Counsel undersigned respectfully moves for a ten-day extension of time to respond to the court's most recent Order to Show Cause for the reason that Mr. Martin is not in the District of Connecticut and has not been in the District of Connecticut for several years; has only recently been able to contact undersigned counsel to seek representation in this matter; and brief additional time is required to prepare a response to the show cause order herein.

ANTHONY MARTIN

BY: _____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
jrw@johnrwilliams.com
His Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             /s/
                                  JOHN R. WILLIAMS