UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Misc. Civ. 2:83mc62 (PCD) |
| | ) | |
| ANTHONY R. MARTIN-TRIGONA | ) | Dated: October 4, 2007 |

## MOTION TO VACATE INJUNCTION

The Respondent respectfully moves to vacate the permanent lifetime injunction in this case for the reasons hereinafter set forth.

For nearly a quarter of a century, this court has involved itself in the pettiest of state court matters, almost entirely in states far from the District of Connecticut, all because in 1983 Anthony Martin (formerly known as Martin-Trigona) was involved in the bankruptcy of a radio station he owned in New Haven. This court's issuance of the lifetime ban on litigation, which has given rise to this extraordinary imposition on the court itself, now appears to have had its genesis in the personal pique of a then newly-arrived district judge who now occupies a position of great respect and authority. That judge's interpretation of the law itself was found deficient by the United States Attorney, long since himself a distinguished judge of this court, and by the Federal Bureau of Investigation. See *Exhibit A*, attached hereto.

The power of this court to engage in the kinds of supervision of the life of a would-be litigant presented by this case, has to say the least been called seriously into question by subsequent rulings of the Supreme Court. See, *e.g.*, Central Virginia Community College v. Katz, 126 S. Ct. 990 (2006); Baker v. General Motors Corp., 522 U.S. 222 (1998).

1

Enough is enough. The valid point that one ought not to trifle with a federal judge has been made sufficiently. It is time to dissolve this injunction.

ANTHONY MARTIN

BY:_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
jrw@johnrwilliams.com
His Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS

# EXHIBIT A

```
NH0308 034 2335Z
PP HQ
DE NH
P 032335Z FEB 84
FM NEW HAVEN (49A-649) (P)
TO DIRECTOR, FBI (49-23152)  PRIORITY
BT
UNCLAS
```

RECEIVED
TYPE UNIT
3 FEB 84 23 46 Z
FEDERAL BUREAU OF INVESTIGATION

CHANGED; ANTHONY ROBERT MARTIN-TRIGONA, DEBTOR IN POSSESSION;
EDWARD KENNETH SUSKIN; DONNA L. WOLSKE; NEW HAVEN RADIO, INC.
DBA WNHC, AM 1340; NBA; POSSIBLE OOJ; OO: NEW HAVEN

TITLE MARKED CHANGED TO ADD CHARACTER OF POSSIBLE OOJ.

RE NEW HAVEN TEL TO FBIHQ, FEBRUARY 1, 1983.

IN CONJUNCTION WITH A MEETING HELD AT THE U.S. ATTORNEY'S
OFFICE, NEW HAVEN, CT., ON FEBRUARY 3, 1984, TO DISCUSS
FGJ ACTION IN CAPTIONED MATTER, U.S. ATTORNEY ALAN H. NEVAS
PROVIDED THE FOLLOWING ADDITIONAL INFORMATION RE SUBJECT
ANTHONY ROBERT MARTIN-TRIGONA:

NEVAS WAS CONTACTED BY USDC JUDGE JOSE CABRANES, HARTFORD,
CT., WHO ALLEGED THAT LEGAL ACTIONS TAKEN BY MARTIN-TRIGONA
ARE TANTAMOUNT TO AN OBSTRUCTION OF JUSTICE AGAINST JUDGE

49-23152-3

b7C

2 FEB 7 1984

53 SEP 6 1984

PAGE TWO  NH 49A-649  UNCLAS

CABRANES. JUDGE CABRANES PERCEIVES MARTIN-TRIGONA'S ACTIONS AS AN ATTEMPT TO INFLUENCE SEVERAL LEGAL MATTERS BEFORE THE JUDGE, INCLUDING CONTEMPT.

MARTIN-TRIGONA'S ACTIONS DEEMED BY THE JUDGE AS OBSTRUCTION INCLUDE:

(1) MARTIN-TRIGONA HAS FILED 24 CIVIL SUITS AGAINST VARIOUS INDIVIDUALS IN THE SOUTHERN DISTRICT OF NEW YORK, INCLUDING JUDGE AND MRS. CABRANES. A LIS PENDENS WAS FILED DURING WEEK OF JANUARY 30, 1984, AGAINST PROPERTY OWNED BY JUDGE CABRANES IN CONNECTICUT. BECAUSE MARTIN-TRIGONA FAILED TO SIGN THE CHECK FOR FILING FEES, THE LIS PENDENS WAS RETURNED TO HIM. NONETHELESS, SUCCESSFUL FILING IS ANTICIPATED IN THE NEAR FUTURE.

(2) MARTIN-TRIGONA HAS SENT A LETTER TO SAFECO INSURANCE COMPANY ALLEGING MISCONDUCT ON THE PART OF SEVEN BANKRUPTCY TRUSTEES. SAFECO CARRIES INSURANCE BONDS ON THE TRUSTEES FOR $50,000; HOWEVER, MARTIN-TRIGONA'S CLAIM IS FOR $2 MILLION. SINCE THE TRUSTEES ARE FEDERAL APPOINTEES, JUDGE CABRANES FEELS THAT THIS IS AN ATTEMPT TO INTIMIDATE THE BANKRUPTCY JUDGE AND THE SYSTEM, HENCE AN OOJ.

(3) APPROXIMATELY THREE WEEKS AGO, MARTIN-TRIGONA MAILED

PAGE THREE  NH 49A-649   UNCLAS

A LETTER FROM NEW YORK CITY TO ATTORNEY JOHN CULLEN, BOSTON, MASS., CONTAINING EXTENSIVE, VICIOUS ANTI-SEMETIC COMMENTS AND A REFERENCE TO "CRAZY JOEY CABRANES".

USA NEVAS AND STAFF STATE THAT TITLE 18, SECTION 1503, REQUIRES AN "OBJECTIVE" RATHER THAN "SUBJECTIVE" THREAT AND THAT AN OBJECTIVE THREAT IS NOT PRESENT IN INSTANT MATTER.

USA NEVAS ADVISED HE IS TAKING THE FOLLOWING STEPS:

(1) HE HAS ARRANGED A MEETING WITH USA R. JULIANI, SOUTHERN DISTRICT OF NEW YORK, TO ASCERTAIN STATUS OF MARTIN-TRIGONA'S MULTIPLE LAWSUITS.

(2) NEVAS WILL HAVE HIS CHIEF ASSISTANT REVIEW THE ENTIRE OOJ ISSUE.

(3) NEVAS WILL CONSULT WITH THE CRIMINAL DIVISION OF DEPARTMENT OF JUSTICE.

NO INVESTIGATION IS REQUESTED. SAC, NEW HAVEN, CONCURS. BANKRUPTCY INVESTIGATION CONTINUES.

INFORMATION.

BT