UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | : |
| **ANTHONY R. MARTIN-TRIGONA** | : |
| | : |
| | :     Civil No. 2:83MC62 (PCD) |
| | : |

### ORDER ON MOTION TO VACATE INJUNCTION

On October 4, 2007, Respondent Anthony R. Martin-Trigona moved to vacate the injunction entered by this Court in *In re Martin-Trigona,* 573 F. Supp. 1245 (D. Conn. 1983), *modified by* 592 F. Supp. 1566 (D. Conn. 1984), *aff'd by* 763 F.2d 140 (2d Cir. 1985). The injunction in question was originally entered to insulate courts from the proliferation of litigation initiated by Mr. Martin-Trigona, often with little or no merit legally and/or factually. There is nothing in the pending motion to suggest that Mr. Martin-Trigona has in any way altered his views as to the use of the courts; therefore, the motion does not suggest any legitimate basis for vacating the injunction. Accordingly, the motion [Doc. No. 2027] is **denied.**

In the absence of any other response to the Order to Show Cause dated August 23, 2007 [Doc. No. 2027], Anthony R. Martin-Trigona is hereby held in contempt of the Court Order based on the injunction entered by this Court in *In re Martin-Trigona,* 573 F. Supp. at 1261-67, and his conduct in filing the action in the Order to Show Cause. *See Martin v. Brock,* No. 07 C 3154, 2007 WL 1853298, at *1 (N.D. Ill. June 25, 2007). Accordingly, he is assessed a penalty of $100.00 to be paid to the Clerk of this Court on or before October 31, 2007.

SO ORDERED.

Dated at New Haven, Connecticut, this 10th day of October, 2007.

          /s/
Peter C. Dorsey, U.S. District Judge
United States District Court

Case 2:83-mc-00062-PCD   Document 2032   Filed 10/10/2007   Page 2 of 2