UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Misc. Civ. 2:83mc62 (PCD) |
| | ) | |
| ANTHONY R. MARTIN-TRIGONA | ) | Dated: October 11, 2007 |

### MOTION FOR RECONSIDERATION

The Respondent respectfully moves for reconsideration of the court's order, issued on October 10, 2007, (Document #2032) imposing a $100 fine for contempt of court "[i]n the absence of any other response to the Order to Show Cause" than the motion to vacate (Document #2030). The basis of this motion for reconsideration is that there was, contrary to the court's expressed belief, a further response to the Order to Show Cause, i.e., Document #2031. The court has not addressed, and apparently has not considered, that response.

ANTHONY MARTIN

BY: _____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
jrw@johnrwilliams.com
His Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     /s/
                                        JOHN R. WILLIAMS