UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | : |
| ANTHONY R. MARTIN-TRIGONA | : |
| | :  Case No. 2:83-mc-62 (PCD) |

## ORDER ON MOTION FOR RECONSIDERATION

On October 10, 2007, this Court denied Respondent Anthony R. Martin-Trigon's motion to vacate the injunction entered by this Court in *In re Martin-Trigona,* 573 F. Supp. 1245 (D. Conn. 1983), *modified by* 592 F. Supp. 1566 (D. Conn. 1984), *aff'd by,* 763 F.2d 140 (2d Cir. 1985) ("the injunction"), without having considered his response to an order to show cause. Accordingly, Respondent's Motion for Reconsideration [Doc. No. 2033] is hereby **granted,** but, for the reasons stated below, the Court's prior ruling denying Respondent's motion to vacate the injunction is affirmed.

Respondent challenged the basis of this Court's finding of him in contempt on the basis that the lawsuit which allegedly violated the injunction was filed in state court, thereby eluding this Court's jurisdiction. However, the suit he filed in state court, *Martin v. Brock,* No. 07-C-3154, 2007 WL 1853298, at *1 (N.D. Ill. June 25, 2007), was removed to federal court, thereby placing it within the scope of the injunction. Whether the federal court in Illinois provided Respondent with adequate notice and opportunity to be heard, which Respondent currently disputes, is an issue for the Seventh Circuit Court of Appeals, not for this Court.

For these reasons, Respondent's motion to vacate the injunction remains denied, and Anthony R. Martin-Trigona remains in civil contempt of the Court Order based on the injunction entered by this Court in *In re Martin-Trigona,* 573 F. Supp. at 1261-67, and his conduct in filing the action in the Order to Show Cause. *See Martin v. Brock,* 2007 WL 1853298, at *1.

Accordingly, he is assessed a penalty of $100.00 to be paid to the Clerk of this Court on or before September 30, 2008.

    SO ORDERED.

    Dated at New Haven, Connecticut, this  21st  day of August, 2008.

                                                       /s/
                                    Peter C. Dorsey, U.S. District Judge
                                    United States District Court